# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**NEIL D. SWEIGART**                                                                 **PLAINTIFF**

**V.**                          **No. 4:09CV00501-JLH-BD**

**CARL JOHNSON,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections to the recommendation have been filed. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint is dismissed without prejudice under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure for failure to comply with the Court's Order of September 28, 2009.

IT IS SO ORDERED this 23rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE